PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON, HI 5890
Acting Regional Chief Counsel
ELIZABETH LANDGRAF
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VICKI COLLEEN NELSON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:21-cv-01791-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD<br><br>(Doc. 12) |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 14-day extension of time to file the Electronic Certified Administrative Record (CAR), extending the date on which the CAR is due from June 30, 2022, to July 14, 2022.

Defendant needs more time to file the CAR because there is currently a technical problem in processing the CAR, and the agency's component responsible for production of the CAR for civil court actions needs additional time to resolve the issue. In addition, the legal professional in

the United States Attorney's Office responsible for filing and serving the CAR upon Plaintiff is currently out of the office on leave until next week. Therefore, Defendant needs more time to coordinate with the United States Attorney's Office to ensure adequate time for filing and serving the CAR. Accordingly, the Commissioner respectfully requests an extension of 14 days, until July 14, 2022, to file the CAR.

      This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: June 22, 2022      */s/ Melissa Newel*
MELISSA NEWEL
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

DATE: June 22, 2022     By    */s/ Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' above stipulation (Doc. 12), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension of time until July 14, 2022, to file the Electronic Certified Administrative Record. All other deadlines set forth in the Scheduling Order (Doc. 11) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **June 24, 2022**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE