Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
VICKI NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI NELSON,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  1:21-CV-01791-SKO<br><br>**STIPULATION FOR 15-DAY BRIEFING EXTENSION (SOCIAL SECURITY DISABILITY APPEAL); ORDER**<br><br>**(Doc. 19)** |

Plaintiff Vicki Nelson filed the above-referenced Social Security disability appeal on December 20, 2021. (ECF Doc. 1) Pursuant to a stay imposed by General Order 615 due to the COVID-19 public health emergency and the Court's subsequent Scheduling Order issued on April 1, 2022, the defendant Commissioner of Social Security responded to Plaintiff's Complaint by lodging a copy of the administrative record on July 5, 2022. (ECF Doc. 11, 14)

IT IS HEREBY STIPULATED by the undersigned parties that Plaintiff's deadline for the filing of her Opening Brief be extended by 15 days. The current date for filing is November 2, 2022. This is Plaintiff's third request for an extension. Plaintiff's counsel requests the additional time due the unusually large administrative record of over 3,000 pages at issue and multiple briefs being due in the same time period to address the backlog of cases impacted by General Order

615. The government has no objection to Plaintiff's request.

                                                                           Respectfully submitted,

Dated: October 26, 2022                                  NEWEL LAW

                                                                  By:   *Melissa Newel*
                                                                          Melissa Newel
                                                                          Attorney for Plaintiff
                                                                          VICKI NELSON

Dated: October 26, 2022                                  PHILLIP A. TALBERT
                                                                          United States Attorney
                                                                          MATHEW W. PILE
                                                                          Associate General Counsel
                                                                          Office of Program Litigation, Office 7
                                                                          Social Security Administration

                                                                  By:   Sharon Lahey*
                                                                          SHARON LAHEY
                                                                          (*Authorized by email dated 10/26/2022*)
                                                                          Special Assistant U.S. Attorney
                                                                          Attorneys for Defendant

## ORDER

Good cause having been shown (*see* Doc. 19), IT IS ORDERED that Plaintiff shall be granted an additional extension of fifteen (15) days to file her Opening Brief. The Opening Brief shall now be filed on or before **November 17, 2022,** and all corresponding deadlines (*see* Doc. 11) are modified accordingly.

IT IS SO ORDERED.

Dated:  **October 28, 2022**                      /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE